1  ANDRE BIROTTE, JR.
   United States Attorney
2
   TONY WEST
3  Assistant Attorney General, Civil Division
   VICTOR LAWRENCE
4  Principal Assistant Director                    JS-6
   Office of Immigration Litigation
5  District Court Section
   JULIE S. SALTMAN
6  Trial Attorney
   Office of Immigration Litigation
7  District Court Section
   P.O. Box 878, Ben Franklin Station
8  Washington, D.C. 20044
   Telephone: (202) 532-4252
9  Facsimile: (202) 305-7000

10 Attorneys for Defendants

11              **UNITED STATES DISTRICT COURT**

12         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13 MARIA R. LOPEZ DE DIAZ, and  )  Case No. 2:11-cv-7760-JFW-VBK
   ELISEO DIAZ,                 )
14                              )
         Plaintiffs,            )  [~~PROPOSED~~]  ORDER  DISMISSING
15                              )  PETITION WITHOUT PREJUDICE
            v.                  )
16                              )
   JANET NAPOLITANO, Secretary, )  HONORABLE VICTOR B. KENTON
17 Department of Homeland Security; )
   ALEJANDRO MAYORKAS, Director, )
18 USCIS; JANE ARELLANO,        )
   Los Angeles District Director, USCIS; )
19 DONALD NEUFELD, Assoc. Director, )
   USCIS; and ERIC J. HOLDER, United )
20 States Attorney General,     )
                                )
21       Defendants.            )
                                )
22 _____)

23

24 Pursuant to the stipulation of the parties IT IS HEREBY ORDERED THAT:

25        1.      Petitioner's petition should be dismissed without prejudice; and

26        2.      Each party will bear its own costs, fees and expenses.

27

28

1    IT IS SO ORDERED.

2

3    Dated: _December 22_, 2011

4

5

6    JOHN F. WALTER /S/
     _____

7    UNITED STATES DISTRICT COURT JUDGE

8

9    DATED:      December 19, 2011                    Respectfully Submitted,

10

11   ANDRE BIROTTE, JR.
     United States Attorney

12   TONY WEST
13   Assistant Attorney General, Civil
     Division

14                                                    /s/ Carlos A. Cruz (with permission)
     VICTOR LAWRENCE                                  CARLOS A. CRUZ
15   Principal Assistant Director                     Law Offices of Carlos A Cruz
     Office of Immigration Litigation                 118 East Huntington Drive Suite A
16   District Court Section                           Alhambra, CA 91801
                                                      626-282-2222
17   /s/ Julie S. Saltman                             Fax: 626-282-2220
     JULIE S. SALTMAN                                 Email: cruzesq@sbcglobal.net
18   Trial Attorney
     Office of Immigration Litigation
19   District Court Section                           Attorneys for Plaintiffs
     P.O. Box 868, Ben Franklin Station
20   Washington, D.C. 20044
     Telephone: (202) 532-4252
21   Facsimile: (202) 305-7000
     Julie.Saltman@usdoj.gov
22
     Attorneys for Defendants
23

24

25

26

27

28                                          2

**<u>CERTIFICATE OF SERVICE</u>**

**Case No. 2:11-cv-7760-JFW-VBK**

I hereby certify that on this 19th day of December 2011, a correct copy of the parties' [PROPOSED] ORDER DISMISSING PETITION WITHOUT PREJUDICE was served pursuant to the district court's ECF system, to the following ECF filers:

Carlos A Cruz
Law Offices of Carlos A Cruz
118 East Huntington Drive Suite A
Alhambra, CA 91801

Attorney for Plaintiffs


/s/ Julie S. Saltman
JULIE S. SALTMAN
Trial Attorney

3