| | |
|---|---|
| 1 | ANDRE BIROTTE, JR.<br>United States Attorney |
| 2 | |
| 3 | TONY WEST<br>Assistant Attorney General, Civil Division<br>VICTOR LAWRENCE |
| 4 | Principal Assistant Director       JS-6<br>Office of Immigration Litigation |
| 5 | District Court Section<br>JULIE S. SALTMAN |
| 6 | Trial Attorney<br>Office of Immigration Litigation |
| 7 | District Court Section<br>P.O. Box 878, Ben Franklin Station |
| 8 | Washington, D.C. 20044<br>Telephone: (202) 532-4252 |
| 9 | Facsimile: (202) 305-7000 |
| 10 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARIA R. LOPEZ DE DIAZ, and ELISEO DIAZ, | ) | Case No. 2:11-cv-7760-JFW-VBK |
| Plaintiffs, | ) ) | [~~PROPOSED~~] ORDER DISMISSING PETITION WITHOUT PREJUDICE |
| v. | ) | |
| JANET NAPOLITANO, Secretary, Department of Homeland Security; ALEJANDRO MAYORKAS, Director, USCIS; JANE ARELLANO, Los Angeles District Director, USCIS; DONALD NEUFELD, Assoc. Director, USCIS; and ERIC J. HOLDER, United States Attorney General, | ) ) ) ) ) ) ) ) | HONORABLE VICTOR B. KENTON |
| Defendants. | ) ) | |

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED THAT:

   1.   Petitioner's petition should be dismissed without prejudice; and

   2.   Each party will bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated: <u>December 22</u>, 2011

_____
JOHN F. WALTER /S/

UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| DATED:   December 19, 2011 | Respectfully Submitted, |
| ANDRE BIROTTE, JR.<br>United States Attorney | |
| TONY WEST<br>Assistant Attorney General, Civil Division | |
| VICTOR LAWRENCE<br>Principal Assistant Director<br>Office of Immigration Litigation<br>District Court Section | <u>/s/ Carlos A. Cruz (with permission)</u><br>CARLOS A. CRUZ<br>Law Offices of Carlos A Cruz<br>118 East Huntington Drive Suite A<br>Alhambra, CA 91801<br>626-282-2222<br>Fax: 626-282-2220<br>Email: cruzesq@sbcglobal.net |
| <u>/s/ Julie S. Saltman</u><br>JULIE S. SALTMAN<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 532-4252<br>Facsimile: (202) 305-7000<br>Julie.Saltman@usdoj.gov | Attorneys for Plaintiffs |
| Attorneys for Defendants | |

2

# CERTIFICATE OF SERVICE
## Case No. 2:11-cv-7760-JFW-VBK

I hereby certify that on this 19th day of December 2011, a correct copy of the parties' [PROPOSED] ORDER DISMISSING PETITION WITHOUT PREJUDICE was served pursuant to the district court's ECF system, to the following ECF filers:

Carlos A Cruz
Law Offices of Carlos A Cruz
118 East Huntington Drive Suite A
Alhambra, CA 91801

Attorney for Plaintiffs

/s/ Julie S. Saltman
JULIE S. SALTMAN
Trial Attorney

3